**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SHENZHEN YINGFAN E-COMMERCE CO., LTD.,

Petitioner,

-against-

26 **CIVIL** 23 (LJL)

# JUDGMENT

AMAZON.COM SERVICES LLC and AMAZON.COM INC.,

Respondents.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2026, Petitioner's motion to confirm the arbitral award as to liability is DENIED for lack of standing. Petitioner's motion to modify or vacate the award is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

July 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**